No. 730. LANG v. UNITED STATES.

Argued April 12, 1932.   Decided April 18, 1932.   *Per Curiam:* The writ of certiorari herein is dismissed as having been improvidently granted.   *Messrs. Charles Dickerman Williams* and *Jerome A. Strauss* for petitioner. *Solicitor General Thacher*, with whom *Assistant Attorney General Youngquist*, and *Messrs. Wilbur H. Friedman, John J. Byrne*, and *W. Marvin Smith* were on the brief, for the United States.

No. 530.  GIRARD TRUST CO., TRUSTEE, v. OCEAN & LAKE REALTY CO.

Argued April 12, 1932.   Decided April 18, 1932.   *Per Curiam:* The appeal herein is dismissed for the reason that the judgment of the state court sought here to be reviewed was based upon a non-federal ground adequate to support it.   *Broad River Power Co.* v. *South Carolina,* 281 U. S. 537, 540, 541; *Cross Lake Club* v. *Louisiana,* 224 U. S. 632, 639, 640; *Long Sault Development Co.* v. *Call,* 242 U. S. 272, 277, 278; *Hardin-Wyandot Lighting Co.* v. *Village of Upper Sandusky,* 251 U. S. 173, 178, 179; *McCoy* v. *Shaw,* 277 U. S. 302, 303.   *Mr. Frank J. Wideman,* with whom *Mr. Manley P. Caldwell* was on the brief, for appellant.   *Messrs. Francis P. Fleming, William W. Miller,* and *Henry J. O'Neill* were on the brief for appellee.